## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:                                                )    **Bankruptcy Case No.: 04-00538-OB1**
                                                       )
**SEASONS IN THE SUN, LLC,**                           )
                                                       )    **Chapter 11**
                     Debtor.                           )
                                                       )
_____               )    **Adversary Proceeding No. 6:05-ap-00086-ABB**
                                                       )
                                                       )
**SEASONS IN THE SUN, LLC.,**                          )
                                                       )
                     **Plaintiff,**                    )
                                                       )
v.                                                     )
                                                       )
                                                       )
**STEVEN D. PODNOS, MARY PODNOS,**                     )
**STEVEN PODNOS, as TRUSTEE FOR**                      )
**THE BREVARD PULMONARY 401(k)**                       )
**PENSION PLAN f/b/o STEVEN PODNOS,**                  )
**JANET SONDER and SCOTT PODNOS,**                     )
                                                       )
                     **Defendants.**                   )
_____               )

## ORDER AUTHORIZING STIPULATION POSTPONING
## FORECLOSURE SALE OF REAL PROPERTY

Pursuant to a stipulation for the postponement of a sale of real property filed in conjunction with the above described adversary proceeding, the Court enters its order as follows:

1.    Podnos shall postpone its foreclosure sale until after April 11, 2005;

2.    Debtor shall continue to pay to Podnos monthly adequate protection payments as they come due pursuant to the Order approving the Adequate Protection Agreement between Debtor and Podnos;

3.    Expedited hearings on Debtor's motion to reinstate the automatic stay and Debtor's application for injunctive relief shall be held in abeyance until further notice;

4.      The stipulation between the parties shall not be construed as a waiver of any right by either party to file any pleadings for good cause in the future which either party may deem necessary to protect its interests.


Done and ordered.


Date: March 31, 2005

Arthur B. Briskman
United States Bankruptcy Judge


COPIES TO:
Barbara B. Amman. Esq.. Office of the Brevard County Attorney, 2725 Judge Fran Jamieson Way. Bldg. C, Viera. FL 32940
David L. Wildman. Esq.. Atty for Podnos. et.al.. P.O. Box 1029, Melbourne, FL 32902-1029
Chad S. Paiva, Esq., Atty for Riverside Nat'l Bank. P.O. Box 259, Stuart, FL 34995-0259
Denise N. Murphy. Esq., Atty for Beech Outdoor Company, 531 Main Street, Suite C, Safety Harbor, Fl 34695
Rod Northcutt, Brevard County Tax Collector. P.O. Box 2500. Titusville. FL 32781-2500
Florida Dept. of Revenue. P.O. Box 6668. Tallahassee, FL 32314-6668
Bellsouth Telecommunications. Inc.. 29EF1-301 West Bay Street. Jacksonville. FL 32202
Florida Power & Light. P.O. Box 025209, Miami. FL 33102-5209
Internal Revenue Service. Special Procedures. 400 West Bay Street, Suite 35045. Jacksonville. FL 32202-4437
Donald A. Nohrr, Esq., Atty for 1st United Bank. P.O. Box 1870, Melbourne, FL 32902